FILED
CLERK, U.S. DISTRICT COURT

June 20, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

| | |
|---|---|
| STOLL, NUSSBAUM & POLAKOV, | Case No. CV14-2690-SJO-VBK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BRADLEY H. KANE, | |
| Defendant. | |
| BRADLEY H. KANE, | |
| Counter-Claimant, | |
| v. | |
| STOLL, NUSSBAUM & POLAKOV, A Professional Corporation, and ROBERT STOLL, JR., An Individual, | |
| Counter-Defendants. | |

On June 7, 2016, the above-entitled action came on for trial before this Court.  In lieu of proceeding with trial, plaintiff and counter-defendant Stoll, Nussbaum & Polakov and counter-defendant Robert Stoll, Jr., on the one hand, and defendant and counter-claimant Bradley H. Kane, on the other hand, reached a binding settlement to resolve this litigation, the specific terms of which were placed on the record with the Court and are incorporated herein by this reference.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that:

1.      All claims and counterclaims asserted in this action against all parties to this action shall be dismissed with prejudice.

2.      Each party shall bear their own costs of suit and attorneys' fees.

3.      This Court shall retain jurisdiction to enforce the parties' settlement.

**SO ORDERED.**

Dated:  June 20, 2016

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

**[PROPOSED] JUDGMENT**